| | |
|---|---|
| CLAUDIA BENNETT, ) ) Plaintiff, ) ) v. ) ) CHATHAM COUNTY SHERIFF'S ) DEPARTMENT, THOMAS GILBERG,) ROBERT LAMB, ROBERT BROOKS, ) EDWARD SALMON, HOWARD L. ) HARN, MCARTHUR HOLMES, and ) AL ST. LAWRENCE, ) ) Defendants. ) | Case No. CV406-203 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 5 day of March, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA